212 F.2d 205
 EXNER SAND & GRAVEL CORPORATION, owner of the Scow Florence
E., Libellant-Appellant,
v.
John Walter SWENSON and Carl Swenson, doing business under
the name and style of John Swenson Drydocks,
Respondent-Appellee.
THE FLORENCE E.
 No. 211, Docket 22739.
 United States Court of Appeals,
Second Circuit.
 Argued April 6 and 7, 1954.
Decided April 27, 1954.
 
 Appeal from a final decree of the United States District Court for the Eastern District of New York; Clarence G. Galston, District Judge.
 Purdy, Lamb & Catoggio, New York City (Edmund F. Lamb, New York City, of counsel), for libellant-appellant.
 Mahar & Mason, New York City (Frank C. Mason, New York City, of counsel), for respondents-appellees.
 Before CHASE, Chief Judge, and SWAN and FRANK, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on the opinion below. D.C., 110 F.Supp. 531.